

# COURT OF APPEALS

| | | |
|---|---|---|
| SANDEE BRYAN MARION | FOURTH COURT OF APPEALS DISTRICT | KEITH E. HOTTLE |
| CHIEF JUSTICE | CADENA-REEVES JUSTICE CENTER | CLERK OF COURT |
| KAREN ANGELINI | 300 DOLOROSA, SUITE 3200 | |
| MARIALYN BARNARD | SAN ANTONIO, TEXAS 78205-3037 | |
| REBECA C. MARTINEZ | WWW.TXCOURTS.GOV/4THCOA.ASPX | TELEPHONE |
| PATRICIA O. ALVAREZ | | (210) 335-2635 |
| LUZ ELENA D. CHAPA | | |
| JASON PULLIAM | | FACSIMILE NO. |
| JUSTICES | | (210) 335-2762 |

April 2, 2015

Susan Renee Sullivan
PO Box 3725
McAllen, TX 78502-3725
* DELIVERED VIA E-MAIL *

David McQuade Leibowitz
6243 W Ih 10 Ste 1000
San Antonio, TX 78201-2091
* DELIVERED VIA E-MAIL *

Jacqueline M. Stroh
10101 Reunion Pl Ste 600
San Antonio, TX 78216-4162
* DELIVERED VIA E-MAIL *

Mike Mills
818 W. Pecan (78501)
PO Box 3725
McAllen, TX 78502-3725
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-14-00097-CV
       Trial Court Case Number:    13-12-16486-CV
       Style:  Luis Alfredo Rosa and Myrna Lizzet Rosa
               v.
               Mestena Operating, LLC

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada
Deputy Clerk, Ext. 53219

cc: Jacob Leibowitz (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2015

No. 04-14-00097-CV

Luis Alfredo **ROSA** and Myrna Lizzet Rosa,
Appellants

v.

**MESTENA OPERATING, LLC**,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 13-12-16486-CV
Honorable Richard C. Terrell, Judge Presiding

## C O R R E C T E D   O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Jason K. Pulliam, Justice

On March 19, 2015, appellants filed a motion for en banc reconsideration. The Court has considered appellants' motion for en banc reconsideration, and the motion is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court